STATE of Missouri, Respondent,

v.

Cortez COLLINS, Appellant.

No. WD 62187.

Missouri Court of Appeals,
Western District.

Oct. 28, 2003.

Irene C. Karns, Columbia, MO, for appellant.

John M. Morris, III, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, C.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Cortez Collins appeals his conviction following a jury trial for second degree assault, section 565.060, RSMo 2000, and sentence as a prior and persistent offender to fifteen years imprisonment. In his sole point on appeal, he claims that the trial court plainly erred in failing to instruct the jury to disregard the testimony of a police officer describing wounds suffered by the victim as "classic defensive wounds." The judgment of conviction is affirmed. Rule 30.25(b).